TO: Arthur Johnston, Clerk / K. Schutz, Deputy Clerk

I recived a memorandum from the corts saying that this was a responds to the receipt of my letter about my pending civil action in court. In the memorandum I was told that I have no civil action pending.

Well, I am sending another copy of civil suite and another copy of my money receipts. I am also sending "2" "outgoing special mail receipts" I have, showing that I sent all this to the court on 7-17-20, & 7-23-20. The "outgoing special mail receipts" is sighed and dated by me, and the unit team that pick my mail up. When using "outgoing special mail receipts", you fill out "2" forms, you keep one and the unit team member keeps one. The case manager that sent it out on the 7-17-20 is Mr. Miller. The case manager that sent out my money receipts is Mr. McKinney.

Please get back at me as soon as possible. I came to U.S.P Thomson on 8-13-20.

I would also like to be appointed consule. I do not know the law that well. Please & Thanks

Respectfully,

Quater Brooks



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**OFFICE OF THE CLERK**

# *MEMORANDUM*

---

**TO:** QUATEZ BROOKS, #17427-032
ADMINISTRATIE UNITED STATES PENITENIARY
P. O. BOX 1002
THOMSON, IL 61285

**FROM:** Arthur Johnston, Clerk
By: K. Schutz, Deputy Clerk

**DATE:** August 24, 2020

**SUBJECT:** Receipt of your letter

This memorandum is written in response to the receipt of your letter referenced above. Our records indicate that you do not have a civil action pending in this Court.

*Pro-Se Form P-9*

MCK 5265.14f - CORRESPONDENCE
ATTACHMENT A

## OUTGOING SPECIAL MAIL RECEIPT

| Name and Address of Person Receiving Special Mail | (Institution Name) |
|---|---|
| Name: Clerk, U.S District Court | Federal Correctional Institution McKean |
| Address: 501 E. Court Street | Enter Inmate Name, Register No., and Housing Unit Here: |
| Suite 2500 | Quatez Brooks 17427-032 |
| State: Jackson Mississippi   Zip Code: 39201 | SHU |

(Inmate Signature)

ENTER SIGNATURE, TITLE, AND DATE OF STAFF MEMBER RECEIVING THE SPECIAL MAIL.

(Signature and Title)        7-17-2020
                             (Date Special Mail Received from Inmate)

This was Complaint form under the civil rights Act, 42 U.S.C §1983

MCK 5265.14 - CORRESPONDENCE
ATTACHMENT A

## OUTGOING SPECIAL MAIL RECEIPT

| Name and Address of Person Receiving Special Mail | (Institution Name) |
|---|---|
| Name: Clerk U.S. District | FCI McKean |
| Address: [illegible] | Enter Inmate Name, Register No., and Housing Unit Here: [illegible] |
| State / Zip Code: [illegible] | |

_____ (Inmate Signature) _____

ENTER SIGNATURE, TITLE, AND DATE OF STAFF MEMBER RECEIVING THE SPECIAL MAIL.

[signature]                                      7-23-2020
(Signature and Title)        (Date Special Mail Received from Inmate)

This was Application to Proceed in court without Prepaying Fees or costs