Quatez Brooks 17427-032
ADMINISTRATIE UNITED STATES PENITENIARY
P.O. Box 1002
Thomson, IL 61285



INMATE
IDENTIFICATION
CONFIRMED

CLERK, U.S. District Court
Southern District of Mississippi
501 E. Court St., STE 2.500
Jackson, MS 39201

