UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**NOTICE OF ASSIGNMENT**

Date case was filed: 9/11/2020

Your case against Officer Hank, et al., has been assigned

Civil Action No.: 3:20-cv-599-DPJ-FKB and has been assigned to the following Judges:

| District Judge | | Magistrate Judge | |
|---|---|---|---|
| ☐ | Henry T. Wingate | ☐ | Robert P. Myers, Jr. |
| ☐ | Louis Guirola, Jr. | ☐ | Michael T. Parker |
| ☐ | Keith Starrett | ☐ | Linda R. Anderson |
| ☒ | Daniel P. Jordan, III | ☒ | F. Keith Ball |
| ☐ | Sul Ozerden | ☐ | John C. Gargiulo |
| ☐ | Carlton W. Reeves | | |
| ☐ | David Bramlette, III (Senior Judge) | | |
| ☐ | Tom S. Lee (Senior Judge) | | |

*Division*
Clerk's Office, Northern Division
United States District Court
501 East Court Street, Ste. 2.500
Jackson, MS 39201

It is your responsibility to see that all pleadings and correspondence filed with this Court regarding this case contain the civil action number and judge designations.

If you wish to have a stamped filed copy of any pleading or document filed in this case returned to you, you will need to send an extra copy of the document along with a stamped self-addressed envelope. If you do not send an extra copy of the documents <u>and</u> a stamped self-addressed envelope, this Court will be unable to return a copy to you.

<u>NOTICE FOR CHANGE OF ADDRESS</u>: When there is a change of address for the plaintiff, the plaintiff <u>must</u> notify this Court in writing in a separate document with the following specific information: (1) state the civil action number of the case; (2) state that the plaintiff is requesting this Court to change his address of record; (3) state the new address of the plaintiff; and (4) if applicable, state the prisoner number of the plaintiff.

The failure to advise this Court of a change of address or failure to comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in the dismissal of your case.

PSP