# Bureau of Prisons
## Health Services
### Vision Screens

| Reg #: 17427-032 | Inmate Name: BROOKS, QUATEZ VASHON |
|---|---|

Vision Screen on  09/12/2018 14:34

Blindness:

| Distance Vision: | OD: 20/200 | OS: 20/200 | OU: 20/200 |
|---|---|---|---|
| Near Vision: | OD: 20/100 | OS: 20/100 | OU: 20/100 |

With Corrective

| Distance Vision: | OD: | OS: | OU: |
|---|---|---|---|
| Near Vision: | OD: | OS: | OU: |

Present Glasses - Distance                    Refraction - Distance

| Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|
| R: | | | | R: | | | | |
| L: | | | | L: | | | | |

Color Test:

Tonometry:    R:              L:

Comments:   Inmate stated that he does not wear glasses. also stated that he was able to see before the altercation

Orig Entered:   09/12/2018 15:37 EST   McMorrough, Lori RN

| Reg #: 17427-032 | Inmate Name: BROOKS, QUATEZ VASHON |
|---|---|

Vision Screen on: 08/15/2018 11:16

Blindness:

| Distance Vision: | OD: 20/70 | OS: 20/70 | OU: 20/30 |
|---|---|---|---|
| Near Vision: | OD: | OS: | OU: |

With Corrective

| Distance Vision: | OD: | OS: | OU: |
|---|---|---|---|
| Near Vision: | OD: | OS: | OU: |

Present Glasses - Distance                    Refraction - Distance

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| R: | | | | | R: | | | | |
| L: | | | | | L: | | | | |

Color Test:

Tonometry:    R:            L:

Comments:

Orig Entered:    08/15/2018 12:17 EST    Baity, Anjanette RN

Reg #: 17427-032                              Inmate Name: BROOKS, QUATEZ VASHON

Vision Screen on '01/31/2017 15:11

  Blindness:

  Distance Vision:  OD: 20/15             OS: 20/20             OU: 20/20

  Near Vision:  OD:                      OS:                      OU:

  With Corrective

  Distance Vision:  OD:                  OS:                      OU:

  Near Vision:  OD:                      OS:                      OU:

  Present Glasses - Distance                Refraction - Distance

| | Sphere | Cylinder | Axis | Add | | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|---|
| R: | | | | | | R: | | | | |
| L: | | | | | | L: | | | | |

  Color Test:  Normal

  Tonometry:  R:           L:

  Comments:

    Orig Entered:  01/31/2017 15:14 EST  Dyer, Mitchell PA-C

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  BROOKS, QUATEZ VASHON | | Reg #:    17427-032 |
| Date of Birth:  11/02/1994 | Sex:    M    Race:  BLACK | Facility:  YAP |
| Encounter Date:  08/03/2018 14:04 | Provider:  Johnson, P. NREMT-P | Unit:     Z02 |

Injury Assessment - PREA evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

INJURY  1       **Provider:**   Johnson, P. NREMT-P

**Date of Injury:**    07/03/2018 10:00        **Date Reported for Treatment:**    08/03/2018 14:03

**Work Related:**    No        **Work Assignment:**    UNASSG

**Pain Location:**

**Pain Scale:**    0

**Pain Qualities:**

**Where Did Injury Happen (Be specific as to location):**

  SHU

**Cause of Injury (Inmate's Statement of how injury occurred):**

  "An officer grabbed my junk"

**Symptoms (as reported by inmate):**

  Denies

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/03/2018 | 14:05 YAX | 98.4 | 36.9 | | Johnson, P. NREMT-P |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/03/2018 | 14:05 YAX | 72 | | | Johnson, P. NREMT-P |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/03/2018 | 14:05 YAX | 16 | Johnson, P. NREMT-P |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/03/2018 | 14:05 YAX | 121/79 | | | | Johnson, P. NREMT-P |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/03/2018 | 14:05 YAX | 100 | | Johnson, P. NREMT-P |

**Exam:**

  **General**

    **Affect**

      Yes: Pleasant, Cooperative

    **Appearance**

      Yes: Appears Well, Alert and Oriented x 3

  **Skin**

| Inmate Name: | BROOKS, QUATEZ VASHON | | | | Reg #: | 17427-032 |
|---|---|---|---|---|---|---|
| Date of Birth: | 11/02/1994 | Sex: | M    Race:  BLACK | | Facility: | YAP |
| Encounter Date: | 08/03/2018 14:04 | Provider: | Johnson, P. NREMT-P | | Unit: | Z02 |

**Exam:**

### General

Yes: Within Normal Limits

### Exam Comments

Inmate stated "about 3-4 weeks ago an officer came to my cell opened the door and said let me see it. I said see what? That's when he grabbed my stuff. I jump back, he jumped back and closed the door. That's it" Denies any penetration or any other complaint. Assessment unremarkable

### ASSESSMENT:

No Significant Findings/No Apparent Distress

### PLAN:

### Disposition:

Follow-up at Sick Call as Needed

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/03/2018 | Counseling | Access to Care | Johnson, P. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No .

Completed by Johnson, P. NREMT-P on 08/03/2018 14:09

Requested to be cosigned by Newland, R. MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
### Cosign/Review

| Inmate Name: | BROOKS, QUATEZ VASHON | | | Reg #: | 17427-032 |
|---|---|---|---|---|---|
| Date of Birth: | 11/02/1994 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/03/2018 14:04 | Provider: | Johnson, P. NREMT-P | Facility: | YAP |

Cosigned by Newland, R. MD on 08/03/2018 15:53.

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | BROOKS, QUATEZ VASHON | | Reg #:  17427-032 |
| Date of Birth: | 11/02/1994 | Sex:  M  Race: BLACK | Facility: YAP |
| Encounter Date: | 08/03/2018 13:19 | Provider: McMorrough, Lori RN | Unit:  Z02 |

Injury Assessment - Non-work related encounter performed at Special Housing Unit.

**SUBJECTIVE:**

INJURY 1    Provider: McMorrough, Lori RN

    **Date of Injury:**    08/03/2018 10:05      **Date Reported for Treatment:**    08/03/2018 10:15

    **Work Related:**    No      **Work Assignment:**    UNASSG

    **Pain Location:**

    **Pain Scale:**    0

    **Pain Qualities:**

    **Where Did Injury Happen (Be specific as to location):**

        no injury

    **Cause of Injury (Inmate's Statement of how injury occurred):**

        no injury

    **Symptoms (as reported by inmate):**

        none

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/03/2018 | 13:21 YAX | 98.1 | 36.7 | Oral | McMorrough, Lori RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/03/2018 | 13:21 YAX | 78 | Via Machine | | McMorrough, Lori RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/03/2018 | 13:21 YAX | 18 | McMorrough, Lori RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/03/2018 | 13:21 YAX | 148/92 | Right Arm | Sitting | Adult-large | McMorrough, Lori RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/03/2018 | 13:21 YAX | 98 | Room Air | McMorrough, Lori RN |

**Exam:**

  General

    Affect

      Yes: Cooperative, Agitated

    Appearance

      Yes: Appears Well, Alert and Oriented x 3

      No: Appears in Pain

| Inmate Name: BROOKS, QUATEZ VASHON | | Reg #: 17427-032 |
|---|---|---|

Inmate Name:  BROOKS, QUATEZ VASHON
Date of Birth:  11/02/1994          Sex:    M    Race:  BLACK          Reg #:    17427-032
Encounter Date: 08/06/2018 13:19    Provider:  McMorrough, Lori RN      Facility:  YAP
                                                                        Unit:      Z02

## Exam:

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

**Wound**

No: Wounds present

**Head**

**General**

Yes: Symmetry of Motor Function

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Cardiovascular**

**Observation**

Yes: Within Normal Limits, Normal Rate, Regular Rhythm

**Peripheral Vascular**

**General**

Yes: Within Normal Limits

**Abdomen**

**Inspection**

Yes: Within Normal Limits

### Exam Comments

Assessment after immediate use of force. Inmate escorted to medical room in SHU. no injuries noted. VS WNL. No signs of distress. no abnormal findings noted.

## ASSESSMENT:

No Significant Findings/No Apparent Distress

## PLAN:

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/03/2018 | Counseling | Access to Care | McMorrough, Lori | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by McMorrough, Lori RN on 08/03/2018 13:29

Requested to be cosigned by  Newland, R. MD.

Cosign documentation will be displayed on the following page.

| | |
|---|---|
| Inmate Name: BROOKS, QUATEZ VASHON | Reg #: 17427-032 |
| Date of Birth: 11/02/1994 | Facility: YAP |
| Encounter Date: 08/03/2018 13:19 | Unit: Z02 |
| Sex: M   Race: BLACK | |
| Provider: McMorrough, Lori RN | |

## Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | BROOKS, QUATEZ VASHON | | | Reg #: | 17427-032 |
|---|---|---|---|---|---|
| Date of Birth: | 11/02/1994 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/03/2018 13:19 | Provider: | McMorrough, Lori RN | Facility: | YAP |

Cosigned by Newland, R. MD on 08/03/2018 15:53.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BROOKS, QUATEZ VASHON | | Reg #: | 17427-032 |
| Date of Birth: | 11/02/1994 | Sex: M  Race: BLACK | Facility: | YAP |
| Encounter Date: | 08/09/2018 16:30 | Provider: Johnson, J. RN | Unit: | Z02 |

Nursing - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Johnson, J. RN

**Chief Complaint:** Fatigue/Weakness

**Subjective:** Inmate in HSU for medical assessment after inmate was found lying in bed unable to stand. He arrived in medical via wheelchair. He is AAOx3.

**Pain:** Not Applicable

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/09/2018 | 18:51 YAX | 62 | Via Machine | | Johnson, J. RN |
| 08/09/2018 | 16:50 YAX | 83 | Via Machine | | Johnson, J. RN |
| 08/09/2018 | 16:48 YAX | 69 | Via Machine | | Johnson, J. RN |
| 08/09/2018 | 16:45 YAX | 72 | Via Machine | | Johnson, J. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/09/2018 | 18:51 YAX | 16 | Johnson, J. RN |
| 08/09/2018 | 16:45 YAX | 16 | Johnson, J. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/09/2018 | 18:51 YAX | 129/86 | Right Arm | Sitting | Adult-regular | Johnson, J. RN |
| 08/09/2018 | 16:50 YAX | 141/93 | Left Arm | Standing | Adult-regular | Johnson, J. RN. |
| 08/09/2018 | 16:48 YAX | 140/91 | Left Arm | Sitting | Adult-regular | Johnson, J. RN |
| 08/09/2018 | 16:45 YAX | 129/72 | Left Arm | Lying | Adult-regular | Johnson, J. RN |

**Blood Glucose:**

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|---|---|---|---|---|---|
| 08/09/2018 | 18:51 YAX | 71 | Random | | Johnson, J. RN |
| 08/09/2018 | 18:20 YAX | 64 | Random | | Johnson, J. RN |
| 08/09/2018 | 17:32 YAX | 57 | Random | | Johnson, J. RN |
| 08/09/2018 | 16:45 YAX | 53 | Random | | Johnson, J. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/09/2018 | 18:51 YAX | 100 | Room Air | Johnson, J. RN |
| 08/09/2018 | 16:45 YAX | 100 | Room Air | Johnson, J. RN |

**Exam:**

**General**

| Inmate Name:  BROOKS, QUATEZ VASHON | | |
|---|---|---|
| Date of Birth:  11/02/1994 | Sex:      M      Race:  BLACK | Reg #:     17427-032 |
| Encounter Date:  08/09/2018 16:30 | Provider:  Johnson, J. RN | Facility:  YAP |
| | | Unit:       Z02 |

**Exam:**

**Affect**

      Yes: Cooperative, Flat

**Appearance**

      Yes: Alert and Oriented x 3

      No: Appears Distressed, Appears in Pain, Writhing in Pain

**Skin**

**General**

      Yes: Within Normal Limits, Skin Intact

**Head**

**General**

      Yes: Symmetry of Motor Function

**Eyes**

**Pupils**

      Yes: Normal Appearing, PERRLA

**Mouth**

**General**

      Yes: Within Normal Limits

**Mucosa**

      Yes: Within Normal Limits

      No: Dryness

**Tongue**

      Yes: Within Normal Limits

**Neck**

**General**

      Yes: Within Normal Limits, Supple

**Pulmonary**

**Observation/Inspection**

      Yes: Within Normal Limits

**Auscultation**

      Yes: Clear to Auscultation

**Cardiovascular**

**Observation**

      Yes: Within Normal Limits

**Abdomen .**

**Inspection**

      Yes: Within Normal Limits

**Auscultation**

      Yes: Hypo-Active Bowel Sounds

**Palpation**

      Yes: Within Normal Limits

      No: Guarding

**Gastrointestinal**

**General**

      Yes: Diarrhea

| Inmate Name: | BROOKS, QUATEZ VASHON | | | | | Reg #: | 17427-032 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 11/02/1994 | Sex: | M | Race: | BLACK | Facility: | YAP |
| Encounter Date: | 08/09/2018 16:30 | Provider: | Johnson, J. RN | | | Unit: | Z02 |

**Exam:**

No: Vomiting

**Exam Comments**

Inmate presents in medical via wheelchair. He c/o feeling weak, dizziness, abdomen pain, and diarrhea. According to inmate he has had diarrhea for six days. He denies any nausea or vomiting. Blood sugar 53mg/dl. Dr. Chambers notified of assessment with new orders given.

Unable to start IV times three sticks. Insta glucose one tube given orally. Blood sugar rechecked @1732 54mg/dl. Dr. Chambers in room for assessment with new orders.

Blood glucose @1820 64mg/dl.

Leaving via stretcher to Baptist Hospital Yazoo per emergency service @1900.

**ASSESSMENT:**

Blood Glucose - Low

Dehydration

Diarrhea

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Glucose Gel 40% | 08/09/2018 16:30 | one tube Orally Mouth One Time Dose Given PRN x 0 day(s) Pill Line Only |

**Start Now:** Yes

**Night Stock Rx#:**

**Source:** Pyxis

**Admin Method:** Pill Line

**Stop Date:** 08/09/2018 17:24

**MAR Label:** one tube Orally Mouth One Time Dose Given PRN x 0 day(s) Pill Line Only

**One Time Dose Given:** Given Now

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Emergency Room | 08/09/2018 | 08/09/2018 | Emergent | No | |

**Subtype:**

Kings Daughters Hospital

**Reason for Request:**

Please evaluate this 23y/o black male with c/o dizziness, weakness, headache, decreased appetite, and diarrhea. No significant medical history. Blood glucose 53mg/dl. He is AA0x4. Last set of vitals 129/86 P 62 Blood glucose 64mg/dl. Unable to get a IV access.

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/09/2018 | Counseling | Access to Care | Johnson, J. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

| | | | |
|---|---|---|---|
| Inmate Name: | BROOKS, QUATEZ VASHON | | Reg #: 17427-032 |
| Date of Birth: | 11/02/1994 | Sex: M Race: BLACK | Facility: YAP |
| Encounter Date: | 08/09/2018 16:30 | Provider: Johnson, J. RN | Unit: Z02 |

**Telephone/Verbal Order:** Yes    **By:** Chambers, A. MD, CD

**Telephone or Verbal order read back and verified.**

Completed by Johnson, J. RN on 08/09/2018 19:01

Requested to be cosigned by Chambers, A. MD, CD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | BROOKS, QUATEZ VASHON | | | | Reg #: | 17427-032 |
| Date of Birth: | 11/02/1994 | Sex: | M | | Race: | BLACK |
| Encounter Date: | 08/09/2018 16:30 | Provider: | Johnson, J. RN | | Facility: | 7-V |

Cosigned by Chambers, A. MD, CD on 08/10/2018 14:11.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | BROOKS, QUATEZ VASHON | | | | Reg #: | 17427-032 |
| Date of Birth: | 11/02/1994 | Sex: | M | Race: BLACK | Facility: | YAM |
| Note Date: | 08/10/2018 14:51 | Provider: | Newland, R. MD | | Unit: | Z01 |

Admin Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**        **Provider:** Newland, R. MD

23 year old Black male was sent out to Baptist Memorial  Hospital Yazoo City on 08/09/2018 due to abdominal pain, gastroenteritis: CT- Scan and pertinent lab nothing found with in normal limits seen discharge summary.

**Copay Required:** No        **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Newland, R. MD on 08/10/2018 15:05

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BROOKS, QUATEZ VASHON | | | Reg #: 17427-032 |
| Date of Birth: | 11/02/1994 | Sex: M  Race: BLACK | | Facility: YAP |
| Encounter Date: | 09/12/2018 14:47 | Provider: Chambers, A. MD, CD | | Unit: Z05 |

Physician - Evaluation encounter performed at Health Services.

### SUBJECTIVE:

COMPLAINT 1        Provider: Chambers, A. MD, CD

Chief Complaint: Trauma/Injury

Subjective:    I don't really remember what happened. I woke here in medical after everything with blood on my shirt. My head hurts all over. My vision is blurry. I do not remember that I was hit.

Pain:        Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 09/12/2018 13:00 |
| Location: | Head |
| Quality of Pain: | Pounding |
| Pain Scale: | 8 |
| Intervention: | assessment, tordol |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-2 Days |
| Duration: | 1-2 Weeks |
| Exacerbating Factors: | none |
| Relieving Factors: | none |
| Reason Not Done: | |
| Comments: | |

### OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/12/2018 | 14:31 YAX | 97.8 | 36.6 | Oral | McMorrough, Lori RN |
| 09/11/2018 | 21:09 YAX | 98.1 | 36.7 | Oral | Scott, N. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/12/2018 | 14:31 YAX | 62 | Via Machine | | McMorrough, Lori RN |
| 09/11/2018 | 21:09 YAX | 84 | Via Machine | Regular | Scott, N. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/12/2018 | 14:31 YAX | 18 | McMorrough, Lori RN |
| 09/11/2018 | 21:09 YAX | 18 | Scott, N. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|

Inmate Name:   BROOKS, QUATEZ VASHON                                                                Reg #:    17427-032
Date of Birth:  11/02/1994                                Sex:    M    Race:  BLACK                  Facility:  YAP
Encounter Date: 09/12/2018 14:47                          Provider:  Chambers, A. MD, CD            Unit:     Z05

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 09/12/2018 | 14:31 YAX | 139/63 | Right Arm | Sitting | Adult-large | McMorrough, Lori RN |
| 09/11/2018 | 21:09 YAX | 133/77 | Right Arm | Lying | Adult-regular | Scott, N. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 09/12/2018 | 14:31 YAX | 100 | Room Air | McMorrough, Lori RN |
| 09/11/2018 | 21:09 YAX | 100 | Room Air | Scott, N. RN |

**Exam:**

**Skin**

**General**

No: Within Normal Limits

**Trauma**

Yes: Laceration

**Neurologic**

**Cranial Nerves (CN)**

Yes: Within Normal Limits

**Motor System-General**

Yes: Normal Exam

**Motor System-Strength**

Yes: Normal Muscular Strength

**Coordination - Gait**

Yes: Normal Gait

**Coordination - Stance**

Yes: Normal Stance

**Sensory-Light Touch**

Yes: Normal Light Touch Sensation

**Glascow Coma Scale**

Yes: GCS 15

**ROS Comments**

ROS is otherwise negative except as noted in the subjective

**Exam Comments**

10 cm superficial laceration on the right cheek, hemostatic and closed.

**ASSESSMENT:**

Head, Open wound, S0190XS - Current - *Facial laceration*

**PLAN:**

**Procedures**

**Laceration Repair**

Diagnosis

Complications, Any? None

Post-procedure/Post-op, Diagnosis Laceration

Pre-procedure/Pre-op

Consent

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BROOKS, QUATEZ VASHON | | Reg #: | 17427-032 |
| Date of Birth: | 11/02/1994 | Sex: M Race: BLACK | Facility: | YAP |
| Encounter Date: | 09/12/2018 14:47 | Provider: Chambers, A. MD, CD | Unit: | Z05 |

**Procedures**

      Complications, risks, alternatives discussed
      Correct Patient Position
      Correct Procedure
      Time Out
      Universal Protocol Performed/Time Out
  Anesthesia
      None
  Location
      Face
  Preparation
      Area prepped with Povidone
  Repair
      Skin
  Closure type
      Steri Strips
  Closure Material
      Tissue Adhesive
  Discharge
      See Disposition
  Discharge LOC
      Answers questions appropriately
      Awake and Alert
  After obtaining informed consent, the laceration was cleansed with saline. The area of the right cheek
  measured 10 cm . The area was approximated with Tissue Affix in 3 separate layered applications. The wound
  was hemostatic and well approximated. The wound  was re-inforced with Steri-Strips. The patient tolerated the
  procedure well. Estimated blood loss was minimal

**Disposition:**

Return Immediately if Condition Worsens
Return To Sick Call if Not Improved
Follow-up Daily
Initiate Wound Care

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/12/2018 | Counseling | Compliance - Treatment | Chambers, A. | Verbalizes Understanding |
| 09/12/2018 | Counseling | Plan of Care | Chambers, A. | Verbalizes Understanding |

**Copay Required:** No       **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Chambers, A. MD, CD on 09/18/2018 02:42

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: | BROOKS, QUATEZ VASHON | Reg #: | 17427-032 |
| Date of Birth: | 11/02/1994 | Facility: | YAP |
| Encounter Date: | 09/12/2018 13:00 | Sex: M   Race: BLACK | Unit: H01 |
| | | Provider: McMorrough, Lori RN | |

Nursing - Follow up encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT 1**    **Provider:** McMorrough, Lori RN

    **Chief Complaint:** Open Wound(s)
    **Subjective:**  Follow up after injury on 09/11/2018
    **Pain:**    Yes
    **Pain Assessment**
      **Date:**    09/12/2018 13:00
      **Location:**    Head
      **Quality of Pain:**    Pounding
      **Pain Scale:**    8
      **Intervention:**    assessment, tordol
      **Trauma Date/Year:**
      **Injury:**
      **Mechanism:**
      **Onset:**    1-2 Days
      **Duration:**    1-2 Weeks
      **Exacerbating Factors:**  none
      **Relieving Factors:**  none
      **Reason Not Done:**
      **Comments:**

**Vision Screen on 09/12/2018 14:34**

    Blindness:

| | | | | |
|---|---|---|---|---|
| Distance Vision: | Right Eye: 20/200 | Left Eye: 20/200 | Both Eyes: 20/200 |
| Near Vision: | Right Eye: 20/100 | Left Eye: 20/100 | Both Eyes: 20/100 |

    With Corrective Lenses

| | | | | |
|---|---|---|---|---|
| Distance Vision: | Right Eye: | Left Eye: | Both Eyes: |
| Near Vision: | Right Eye: | Left Eye: | Both Eyes: |

    Present Glasses - Distance        Refraction - Distance

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| R: | | | | | R: | | | | |
| L: | | | | | L: | | | | |

    Color Test:
    Tonometry:  L:    R:
    Comments:  Inmate stated that he does not wear glasses. also stated that he was able to see before the altercation

| Inmate Name: | BROOKS, QUATEZ VASHON | | | | Reg #: | 17427-032 |
|---|---|---|---|---|---|---|
| Date of Birth: | 11/02/1994 | Sex: | M | Race: BLACK | Facility: | YAP |
| Encounter Date: | 09/12/2018 13:00 | Provider: | McMorrough, Lori RN | | Unit: | H01 |

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/12/2018 | 14:31 YAX | 97.8 | 36.6 | Oral | McMorrough, Lori RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/12/2018 | 14:31 YAX | 62 | Via Machine | | McMorrough, Lori RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/12/2018 | 14:31 YAX | 18 | McMorrough, Lori RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/12/2018 | 14:31 YAX | 139/63 | Right Arm | Sitting | Adult-large | McMorrough, Lori RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 09/12/2018 | 14:31 YAX | 100 | Room Air | McMorrough, Lori RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3, Appears in Pain, Acutely Ill

No: Writhing in Pain

**Skin**

**General**

Yes: Within Normal Limits, Dry, Warmth

**Wound**

Yes: Wounds present, Moderate amount of drainage, Redness, Pain

No: Signs and/or Symptoms of Infection, Firmness, Odor

**Head**

**General**

Yes: Symmetry of Motor Function

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Nose**

**General**

Yes: Nares Patent

No: Deformity

**Face**

**General**

Yes: Symmetric, Trauma, Laceration

No: Swelling

| Inmate Name: | BROOKS, QUATEZ VASHON | | | Reg #: | 17427-032 |
|---|---|---|---|---|---|
| Date of Birth: | 11/02/1994 | Sex: | M   Race: BLACK | Facility: | YAP |
| Encounter Date: | 09/12/2018 13:00 | Provider: | McMorrough, Lori RN | Unit: | H01 |

**Exam:**

    **Pulmonary**

        **Observation/Inspection**

            Yes: Within Normal Limits

    **Cardiovascular**

        **Observation**

            Yes: Within Normal Limits, Normal Rate, Regular Rhythm

    **Peripheral Vascular**

        **General**

            Yes: Within Normal Limits

    **Exam Comments**

    Inmate in medical for follow-up following an inmate on inmate altercation on 09/11/2018. MD in room for exam. Old dressing removed. Inmate has a laceration to Right cheek and hematoma to right side of head above ear. Laceration to R cheek repaired with dermabond by MD and covered with Steristrips after dermabond dried.  Consent form signed. Inmate instructed to keep steristrips as dry as possible. Inmate stated he noticed a change in his vision after altercation. Vision screen completed. Also stated that he has noticed dizziness.  new orders given/written. Told to return to medical with any new or worsening of symptoms.

**ASSESSMENT:**

    Laceration(s)

    Hematoma

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | | Order Date | Prescriber Order |
|---|---|---|---|---|
| | Ketorolac Injection 30 MG/ML | | 09/12/2018 13:00 | 60 mg Intramuscularly Gluteal, Left One Time Dose Given PRN x 0 day(s) Pill Line Only |

        **Start Now:** Yes

        **Night Stock Rx#:**

        **Source:** Pyxis

        **Admin Method:** Pill Line

        **Stop Date:** 09/12/2018 14:10

        **MAR Label:** 60 mg Intramuscularly Gluteal, Left One Time Dose Given PRN x 0 day(s) Pill Line Only

        **One Time Dose Given:** Given Now

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Spine / Cervical-General | One Time | | 09/12/2018 | Today |

        Specific reason(s) for request (Complaints and findings):

            head injury

**Procedures**

    **Laceration Repair**

        Consent

            Universal Protocol Performed/Time Out, Verified Site? Right Cheek

        Location

Inmate Name:   BROOKS, QUATEZ VASHON
Date of Birth:   11/02/1994                Sex:   M    Race:  BLACK
Encounter Date: 09/12/2018 13:00           Provider: McMorrough, Lori RN

Reg #:    17427-032
Facility: YAP
Unit:     H01

**Procedures**

    Face
    Closure type
        Other
        Steri Strips
    Closure Material
        Tissue Adhesive, Size 10 cm
    Drainage
        Serous
    Discharge
        To Housing Unit

**Disposition:**

    Follow-up at Sick Call as Needed
    Return Immediately if Condition Worsens
    Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/12/2018 | Counseling | Access to Care | McMorrough, Lori | Verbalizes Understanding |
| 09/12/2018 | Counseling | Plan of Care | McMorrough, Lori | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**  Yes     **By:**  Chambers, A. MD, CD
**Telephone or Verbal order read back and verified.**

Completed by McMorrough, Lori RN on 09/12/2018 15:36
Requested to be cosigned by  Chambers, A. MD, CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | BROOKS, QUATEZ VASHON | | | Reg #: | 17427-032 |
|---|---|---|---|---|---|
| Date of Birth: | 11/02/1994 | Sex: | M | Race: | BLACK |
| Encounter Date: | 09/12/2018 13:00 | Provider: | McMorrough, Lori RN | Facility: | YAP |

**Cosigned by Chambers, A. MD, CD on 09/12/2018 16:12.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | BROOKS, QUATEZ VASHON | Reg #: | 17427-032 |
| Date of Birth: | 11/02/1994 | Facility: | YAP |
| Encounter Date: 09/11/2018 21:07 | Sex: M  Race: BLACK | Unit: | H01 |
| | Provider: Scott, N. RN | | |

Injury Assessment - Work-related encounter performed at Health Services.

**SUBJECTIVE:**

  INJURY  1        Provider:   Scott, N. RN

      Date of Injury:        09/11/2018 19:15        **Date Reported for Treatment:**        09/11/2018 21:07

      **Work Related:**     No                **Work Assignment:**     UNASSG

      **Pain Location:**

      **Pain Scale:**   0

      **Pain Qualities:**

      **Where Did Injury Happen (Be specific as to location):**

         C-251

      **Cause of Injury (Inmate's Statement of how injury occurred):**

         No response from inmate

      **Symptoms (as reported by inmate):**

         No response

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/11/2018 | 21:09 YAX | 98.1 | 36.7 | Oral | Scott, N. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/11/2018 | 21:09 YAX | 84 | Via Machine | Regular | Scott, N. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/11/2018 | 21:09 YAX | 18 | Scott, N. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/11/2018 | 21:09 YAX | 133/77 | Right Arm | Lying | Adult-regular | Scott, N. RN |
| 09/11/2018 | 21:09 YAX | 121/78 | Right Arm | Sitting | | Scott, N. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 09/11/2018 | 21:09 YAX | 100 | Room Air | Scott, N. RN |
| 09/11/2018 | 21:09 YAX | 100 | Room Air | Scott, N. RN |

**Exam Comments**

Inmate escorted to medical by staff via stretcher. On arrival to medial inmate was unresponsive, PERRLA, resp. even and unlabored. Trachea is midline. He is noted with an  6 cm laceration  to right jaw, moderate active bleeding. No deformity noted to face, no nodules or hematoma noted to head. No deformity noted to extremities. Inmate open eyes when his name is called, no verbal response from inmate, he is reactive to stimuli. It is reported that this inmate was a

| Inmate Name: | BROOKS, QUATEZ VASHON | | | Reg #: | 17427-032 |
| Date of Birth: | 11/02/1994 | Sex: | M   Race:  BLACK | Facility: | YAP |
| Encounter Date: | 09/11/2018 21:07 | Provider: | Scott, N. RN | Unit: | H01 |

physical altercation with another inmate. Pressure applied to area. MD notified order received Area cleaned with betadine and NSS. Edges approximated, steri strips applied.

2010- Inmate responsive, able to sit on side of stretcher, he reports he is dizziness, allowed to sit on side of bed. Inmate informed that he will remain in medical for observation and will follow up with MD  on 9/12/18. Inmate transferred to medical observation cell.

**ASSESSMENT:**

    Skin Integrity, Alteration in

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Tetanus-Diphtheria Toxoids | 09/11/2018 21:07 | 0.5 ml Intramuscularly Deltoid, Left one time x 1 day(s) Pill Line Only |
| | Acetaminophen 325 MG Tablet | 09/11/2018 21:07 | 650 mg Orally Mouth every 4 hours x 3 day(s) -- Take two 325 mg tablets every four hours as needed |

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Facial Bones-General | One Time | | 09/11/2018 | Routine |

    Specific reason(s) for request (Complaints and findings):

        Trauma

**Disposition:**

    Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/11/2018 | Counseling | Access to Care | Scott, N. | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes    **By:** Chambers, A. MD, CD

**Telephone or Verbal order read back and verified.**

Completed by Scott, N. RN on 09/11/2018 21:43

Requested to be cosigned by Chambers, A. MD, CD.

Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | BROOKS, QUATEZ VASHON | | | Reg #: | 17427-032 |
|---|---|---|---|---|---|
| Date of Birth: | 11/02/1994 | Sex: | M | Race: | BLACK |
| Encounter Date: | 09/11/2018 21:07 | Provider: | Scott, N. RN | Facility: | YAP |

**Cosigned by Chambers, A. MD, CD on 09/12/2018 14:59.**