BP-S148.055  **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: 8/24/18 |
|---|---|
| FROM: Brooks, Q | REGISTER NO.: 7427-032 |
| WORK ASSIGNMENT: | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

R wrist. Knot - pain Assaulted eyes
Eye blurry

(Do not write below this line)

DISPOSITION:

S/u previously scheduled 8/20/18

Signature Staff Member  D. Lee, RN
Registered Nurse
FCC Yazoo City
                                                 Date  8/24/18

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper

BP-S148.055· INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                   FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Medical | DATE: 8/24/18 |
|---|---|
| FROM: Quatez Brooks | REGISTER NO.: 17427-032 |
| WORK ASSIGNMENT: N/A | UNIT: S.H.U |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

~~[scribbled out]~~

I can not see out of my left eye that good. I was assualted on 8/3/18 and since then my eye sight in my left eye has been very poor and its only getten worst. I Also have a very sharp pain in my Right hand, it has a knot on the top as well.

(Do not write below this line)

DISPOSITION:

Previous assessments x 4 — inmate denies any trouble with vision → does have appt scheduled c̄ MLP OS

Signature Staff Member: A. Baily, RN / Registered Nurse / FCC Yazoo City

Date: 8-24-18

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Medical | DATE: 8/14/18 |
|---|---|
| FROM: Quater Brooks | REGISTER NO.: 17427-032 |
| WORK ASSIGNMENT: N/A | UNIT: S.H.U |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I have been requesting to see medical since 8/4/18 and I still have not seen them. I was assaulted on 8/3/18 and every since then my right hand have been hurting, my left ear has been hard to hear out of, and my left eye has been hard to see out of, and my neck has been hurting. On 8/9/18 I was sent to the hospital, and I was suppose to have a follow up but still havent I need to see medical ASAP.
Please & Thanks

(Do not write below this line)

DISPOSITION:

Pending appt scheduled
i mcpos

A. Balty, RN
Registered Nurse
FCC Yazoo City

Signature Staff Member                           Date 8-14-18

Record Copy - File; Copy - Inmate                This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)             and BP-S148.070 APR 94