U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
FCI MCKEAN
BRADFORD, PA.

AFFIDAVIT

State of PENNSYLVANIA

County of MCKEAN

INMATE: BROOKS, QUATEZ REGISTER NUMBER: 17427-032

I, BROOKS, QUATEZ make this statement freely without any promises or assurances:

1. That I have not taken any medication nor have I consumed any alcoholic beverages nor any illicit drugs prior to being interviewed by the Special Investigative Supervisor Lieutenant.

2. That I do not have a recording device on my person or in my effects and I understand that this interview is not being recorded by the Special Investigative Supervisor Lieutenant.

3. That I understand this is an official investigation and I have been advised of my rights.

4. That I have cooperated fully with this investigation and I have been informed and understand I am not to discuss this interview without the permission of the Special Investigative Supervisor or the Special Investigative Support Technician.

5. I declare that if it will assist in clearing up this allegation, I will voluntarily submit to a polygraph test.

QB 3-10-20.   I got to Yazoo in May of 2018.
QB 3-10-20.   2 weeks after I got their Officer Handy sexually assaulted me by grabbing my dick in my cell on the compound.
QB 3-10-20.   The PREA case for this was never done at Yazoo.
QB 3-10-20.   I was medically assessed and talked to Psychology on August 2, 2018 about the sexual assault.
QB 3-10-20.   On August 3, 2018 Officer Griffin moved a Tango Blast active gang member into the rec cage with me and he assaulted me.

//////////////////END OF STATEMENT//////////////////////

Page 1 of 3                                        Affiant's Initials QB

"SBU - Sensitive But Unclassified"

- Griffin did not cuff either one of us.
- I was in SHU for Protective Custody.
- From August 3, 2018 to August 9, 2018, Officers Griffin, Foreman, Hanks, and Howard retaliated against me by call me a snitch on range and throwing my cop-out away.
- On August 9, 2018 when my cellmate returned from rec I passed out and fell after being cuffed.
- Officer Foreman un-cuffed my cellmate and left me there cuffed on the floor of my cell for an hour and half.
- My cellmate was yelling and hit the duress button trying to get the officers attention to get me help.
- At count time they finally came and got me and took me to medical.
- They took me in an ambulance to an outside hospital, where they gave me fluids and treated me.
- I returned to the prison the next day August 10, 2018.
- I was moved to the medium for my protection on August 10, 2018.
- I was moved back to the Pen on September 4, 2018.
- On September 11, 2018, I was assaulted again in SHU by another active gang member that staff put me in with.
- Both inmates that assaulted me told me they were told to do it by the C.O.s.
- I don't know which C.O.s.
- In October of 2018 Officer Handy was working the rage that I was on.

////////////////////END OF STATEMENT////////////////////

Page 2 of 3                              Affiant's Initials QB

"SBU - Sensitive But Unclassified"

## OATH

I declare, under the pain and penalty of perjury, that the foregoing statement consisting of 1 page(s) is true and accurate to the best of my knowledge and belief.

*[signature]* 3-10-20
AFFIANT

Subscribed and sworn to before me this 09th day of December, 2015.
Authorized by 5 U.S.C. 303 to Administer Oaths.

*[signature]* 3-10-2020
Cory S. Hendrickson
Special Investigative Supervisor Lieutenant
Federal Bureau of Prisons
FCI McKean

"SBU - Sensitive But Unclassified"