In the United States District Court
For The Southern District of Mississippi
Northern Division

Page 1 of 1

QUATEZ VASHON BROOKS, #17427-032
A201-901-438
                    Plaintiff

        V.                    Civil Action No. 3:20-CV-00599-DPJ-FKB


OFFICER HANK, Et AL.
            Defendants


Motion For leave to Supplement The Complaint


        Comes now the plaintiff, pro se, Seeking leave
of the Court, Pursuant to Fed. R. Civ. P. 15 (a)(2),
to Supplement/amend the original Complaint.
        The plaintiff asks that the enclosed "Supplemental
Complaint with Jury demand" be accepted by
the Court as a supplement/addition to the
original Complaint For the primary purpose
of adding Claims under the F.T.C.A..
        The plaintiff seeks to supplement the Complaint, as
opposed to submitting a Full amended Complaint, because
he is incarcerated and currently housed in admin-
istrative Segregation without access to a copy of his
Full, original Complaint.
        WHEREFORE, Plaintiff asks Leave to supplement the Complaint.


5-8-2021                                      Quatez Brooks
Date                    Signature      Printed Name



In the United States District Court
For the Southern District of Mississippi
Northern Division

Page 1 of 3

QUATEZ VASHON BROOKS, # 17427-032
A201-901-438
                    Plaintiff

        v.          Civil Action # 3:20-CV-00599-DPJ-FKB


OFFICER HANK, ET AL.,
united states    Defendants


Supplemental Complaint With Jury Demand


On September 11, 2020 Plaintiff Filed a complaint against named defendants under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 392-97, 91 S. Ct. 1999 (1971). Using the exact same set of facts set forth in the original complaint, the plaintiff also Files this civil action pursuant To the Federal Tort Claims Act (FTCA) 28 U.S.C. 1346 (b).


Additional Claims Under the
FTCA


In addition to the Bivens Claims, the Plaintiff asserts the following claims under

the F.T.C.A.:

1.  Failure to protect the plaintiff and ensure his safety in violation of 18 U.S.C. § 4042 (a) which states: "(2) [the F.B.O.P. shall] Provide suitable quarters and provide for the safekeeping, care, and subsistence of all persons charged with or convicted of offenses against the United States, or held as witnesses or otherwise; (3) Provide for the protection, instruction, and discipline of all persons charged with or convicted of offenses against the United States."

2.  Intentional Infliction of emotional distress. See eg. Ross v. U.S., 641 F. Supp 368, 377 (D.D.C. 1986; Tekle ex rel. Tekle v. U.S., 511 F.3d 839 856 (9th Cir. 2007). Plaintiff seeks monetary damages in this action for the mental/emotional injuries suffered, the severity of which is shown by plaintiff being hospitalized (outside of prison) he believes to be over twenty times for suicide attempts since the events alleged in this case.

3. Assault and Battery

4. Negligence by prison staff in failing to get him prompt Medical attention when needed; as well as failing to ensure his safety.

Please note that plaintiff has heard from other FBOP Corrections staff that defendant P. Griffin was suspended for 16 days for the events alleged in the original Complaint. If this holds true, this proves the culpability of defendant Griffin.

Plaintiff has exhausted Administrative remedies. Administrative Tort Claim # TRT-SER-2019-07134 was wrongfully denied by the FBOP, as the FTCA and Bivens claim can be joined in same civil action I declare under penalty of perjury that the foregoing is true and Correct

5-8-2021
Date

Signature    Quatez Brooks
            Printed Name

Clerk, U.S. District Court
Southern District of Mississippi
501 E. Court St., Ste 2.500
Jackson, MS 39201

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 21 2021
ARTHUR JOHNSTON
BY_____ DEPUTY

Dear, Clerk

I am writting this to inform you that in this envolop there is "two" motions. A Motion for leave to Supplement The Complaint. And A Supplemental Complaint with Jury Demand.

Thanks for the time

Respectfully;

Quatz Brooks # 17427-032
AUSP Thomson
P.O. Box 1002
Thompson, IL 61285



Quater Brooks #74127-032
AUSP Thomson
P.O. Box 1002
Thompson, IL 61285

INMATE
IDENTIFICATION
CONFIRMED

LEGAL
MAIL

Clerk, U.S. District Court
Southern District of Mississippi
501 E. Court St., STE 2.500
Jackson, MS 39201

RECEIVED
MAY 21 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.



QUAD CITIES IL PDF
TUE 18 MAY 2021

AUSP Thomson

MAY 13 2021

Received in CSD

FEDERAL BUREAU OF PRISONS
POST OFFICE BOX 1002
THOMSON, IL 61285

The enclosed letter was processed on _____ through special mailing procedures. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed materials to the above address.