UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

QUATEZ VASHON BROOKS                                                                PLAINTIFF

V.                                                             CIVIL ACTION NO. 3:20-CV-599-DPJ-FKB

OFFICER TORREY HANKINS, ET AL.                                                 DEFENDANTS

ORDER

This cause is before the Court on the Report and Recommendation [50] of Magistrate Judge F. Keith Ball.  Officers Torrey Hankins, Charles E. Forman, and Malcolm Handy moved to dismiss, or, alternatively, for summary judgment.  *See* Mot. [29].  Officer Paul Griffin, Jr., moved for summary judgment, or, alternatively, for judgment on the pleadings.  *See* Mot. [37].  Judge Ball recommended granting both motions and dismissing the action with prejudice.

The Court has considered the Report and Recommendation and agrees with Judge Ball's reasoning, analysis, and conclusions.  The Report and Recommendation provided an opportunity for Plaintiff to file an Objection; Plaintiff did not, and the time to do so has passed.

Accordingly, the Court finds the unopposed Report and Recommendation [50] should be adopted as the Court's opinion.  Defendants' motions [29, 37] are granted; this action is dismissed with prejudice.  A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 4th day of February, 2022.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE